UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEON D. WILLIAMS,  <br>　　　　Petitioner,  <br>　　v.  <br>MICHAEL D. McDONALD, Warden,  <br>　　　　Respondent. | No. CV 10-9389-PA (RCF)  <br>JUDGMENT |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: August 30, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE